# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

---

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: September 26, 2014 |
| Court Reporter: Janet Coppock | Time: 33 minutes |
| Probation Officer: Justine Kozak | Interpreter: Melinda Gonzalez-Hibner |

**CASE NO.  13-CR-00160-PAB-1**

Parties                                                  Counsel

**UNITED STATES OF AMERICA,**                Kasandra Carleton
                                                         Special Agent Scott Alexander


            Plaintiff,


vs.


**1.  FERNANDO MENDOZA-GOMEZ,**          Ronald Gainor




            Defendant.

---

### SENTENCING

---

**2:33 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
13-CR-00160-PAB-1
September 26, 2014

**ORDERED:**   Government's Motion for Downward Variance [Docket No. 913], is **GRANTED**.

Comments by Ms. Carleton in support of the Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e).

Comments by Mr. Gainor.

Court states its findings and conclusions.

**ORDERED:**   Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e) [Docket No. 913], is **GRANTED as stated on the record.**

Mr. Gainor addresses sentencing.

Ms. Carleton addresses sentencing.

Defendant addresses the Court.
Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on **January 30, 2014** to count **One of the Indictment.**

**ORDERED:**   Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **216** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Southern California commensurate with his security classification.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:**   **Conditions** of Supervised Release that:
   (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

Page Three
13-CR-00160-PAB-1
September 26, 2014

    (**X**)    While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

    (**X**)    Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

    (**X**)    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

    (**X**)    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the defendant will likely be deported.

**ORDERED:**  **Special Condition** of Supervised Release that:

    (**X**)    If not deported, the defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.

    (**X**)    If defendant is deported, he shall not re-enter the United States illegally.  If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. § 3E1.1(b) [Docket No. 914], is **GRANTED.**

**ORDERED:**  Government's Motion to Dismiss Counts Eight, Ten, Eleven, Twelve, Sixteen, Seventeen, Twenty, Twenty-Two, Twenty-Three, Twenty-Four, and Twenty-Fice of the Indictment as to Defendant Fernando Mendoza-Gomez [Docket No. 915], is **GRANTED.**

**ORDERED:**  Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

Page Four
13-CR-00160-PAB-1
September 26, 2014

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**3:06 p.m.       COURT IN RECESS**

**Total in court time:   33 minutes**

**Hearing concluded**