IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   FERNANDO MENDOZA-GOMEZ,

    Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Counts Eight, Ten, Eleven, Twelve, Sixteen, Seventeen, Twenty, Twenty-two, Twenty-three, Twenty-four, and Twenty-five of the Indictment as to Defendant Fernando Mendoza-Gomez [Docket No. 915]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Counts [Docket No. 915] is granted. Counts 8, 10, 11, 12, 16, 17, 20, 22, 23, 24, and 25 of the Indictment are dismissed as to defendant Fernando Mendoza-Gomez.

    DATED September 26, 2014.

                        BY THE COURT:

                        PHILIP A. BRIMMER
                        United States District Judge